GEORGE W. GREEN v. CITY OF STUART, a Florida municipal corporation.

36 So. (2nd) 224          January Term, 1948

April 23, 1948          Special Division B

Rehearing denied June 25, 1948

PER CURIAM:

    Affirmed.

GLENN H. CURTISS PROPERTIES, INCORPORATED, a corporation, v. WILLIAM S. PEARCE, sometimes known as W. S. PEARCE.

35 So. (2nd) 412          January Term, 1948

April 23, 1948          Division A

PER CURIAM:

    Affirmed.

MILLARD BARRON v. STATE OF FLORIDA

35 So. (2nd) 412          January Term, 1948

April 23, 1948          Special Division B

PER CURIAM:

    Affirmed.

C. L. DEESE v. STATE OF FLORIDA

35 So. (2nd) 412          January Term, 1948

April 23, 1948          Special Division B

PER CURIAM:

    Affirmed.

HELEN D. THOMAS, as Administratrix of the Estate of Mark W. Dustin, deceased v. THE MURPHY CONSTRUCTION CO. a corporation.

35 So. (2nd) 412          January Term, 1948

April 23, 1948          Special Division B

PER CURIAM:

    Affirmed.

G. CLARENCE ZIEGLER v. MARY HALM

35 So. (2nd) 412          January Term, 1948

April 23, 1948          Division A

PER CURIAM:

    Affirmed.